1  Alina Sorkin (SBN 228360)
2  **Sorkin Law Group, APLC**
3  16485 Laguna Canyon Road, Suite 115
   Irvine, California 92618
4  Tel: (949) 502-0273
   Fax: (949) 502-0274
5
6  Attorney for Plaintiff,
   CARMEN GUITRON ROMERO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN GUITRON ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; WESTERN MEDICAL CENTER; ORANGE COUNTY GLOBAL MEDICAL CENTER; HUN KIM, M.D.; HAL S. SHIMAZU, M.D.; REZA SHAFEE, M.D.; EBRAHIM DUEL, M.D.; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SACV 18-1980 JVS (KESx)<br><br>The Honorable James V. Selna Judge Presiding<br><br>**ORDER DISMISSING ENTIRE CASE** |

///
///
///

Plaintiff request for the Dismissal of the Entire case, and having come before the Court, and good cause appearing, it is hereby ORDERED that the requested Dismissal, WITHOUT PREJUDICE, be granted.

Dated: April 23, 2019

_____
James V. Selna
United States District Court